IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY FLOYD and SHANTAE DEGRATE, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 3:21-cv-02695-N-BT |
| § | |
| JUSTIN DURRANT and WE THE PEOPLE TRUCKING, INC., § § § § | |
| Defendants. § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated May 23, 2023. The Court has reviewed the Findings, Conclusions, and Recommendations for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendations of the United States Magistrate Judge.

**SO ORDERED,** this 26th day of June, 2023.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE